Keith Edmund GAVIN

v.

STATE

CR-10-1313

Court of Criminal Appeals of Alabama.

03/20/2015

Reh. denied

Solomon Bernard DACUS III

v.

STATE

CR-12-0594

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Adrian STEWART

v.

STATE

CR-12-0689

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Charleston D. THOMAS

v.

STATE

CR-12-0966

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed